# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| GUADALUPE ADAMS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 6:15-CV-3263 |
| NET LEASE FUNDING 2005, LP, | ) ) ) |
| Defendant. | ) |

## SECOND MOTION FOR EXTENSION OF TIME TO RESPOND PLAINTIFF'S COMPLAINT

**COMES NOW** Defendant, Net Lease Funding 2005, LP, by and through its attorneys of record, Carnahan, Evans, Cantwell & Brown, P.C., and for its Second Motion for Extension of Time to Respond to Plaintiff's Complaint, state as follows:

This case is preliminarily settled, but Defendant's responsive pleadings are due September 24, 2015. The parties are still in the process of working out the details of the preliminary settlement. Defendant is located out of state and more time is needed than originally anticipated to coordinate and finalize the settlement. Defendant therefore requests an additional 10 days up to and including October 5, 2015 to answer or otherwise respond to the Complaint. Defendant anticipates that the case will be dismissed with prejudice prior to that time. Plaintiff consents to the filing of this Motion.

**WHEREFORE**, Defendant respectfully requests that the Court grant its Second Motion for Extension of Time to Respond to Plaintiff's Complaint, up to and including October 5, 2015; and for such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Richard B. Maltby
Richard B. Maltby
Missouri Bar No. 54003

CARNAHAN, EVANS, CANTWELL &
BROWN, P.C.
2805 S. Ingram Mill Road
Springfield, MO 65804
(417) 447- 4400 telephone
(417) 447- 4401 facsimile
Email: rmaltby@cecb.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

The undersigned certifies that a complete copy of the foregoing was filed with the Court via the ECF system and served upon Pete M. Monismith, attorney for Plaintiff, via U.S. Mail, on the 22nd day of September, 2015.

/s/ Richard B. Maltby
_____
Attorney of Record

582552.doc