IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| GUADALUPE ADAMS, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 6:15-cv-03263-MDH |
| NET LEASE FUNDING 2005, LP, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

Pursuant to the notice of settlement and stipulation of dismissal filed by the parties in this matter (Doc. 15), and in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is hereby **DISMISSED WITH PREJUDICE** and each party shall bear its own costs, fees, and expenses except as otherwise agreed to in writing by the parties.

**IT IS SO ORDERED.**

Date:  October 1, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Douglas Harpool　　　　　　　
**DOUGLAS HARPOOL**
**UNITED STATES DISTRICT JUDGE**